**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2300**

SUSAN WOODARD,

       Plaintiff - Appellant,

    v.

SDH SERVICES EAST,

       Defendant - Appellee,

    and

WHITNEY BETTIE, General Manager; LOREE SORENSON, Senior Manager, Employee Relations,

       Defendants.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Cameron McGowan Currie, Senior District Judge. (0:19-cv-00335-CMC)

Submitted: February 28, 2022            Decided: March 15, 2022

Before NIEMEYER and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Susan Woodard, Appellant Pro Se. William Lee Duda, Christopher Ray Thomas, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Woodard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her employment discrimination complaint pursuant to Fed. R. Civ. P. 37, 41(b), as a sanction for her failure to comply with discovery rules. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Woodard v. SDH Servs. E.*, No. 0:19-cv-00335-CMC (D.S.C. Nov. 16, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*